UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SPOSATO,<br><br>       Plaintiff,<br><br>   -against-<br><br>ROSALINA SERRANO; BRIAN MCCAFFREY; JUDGE LINDA JAMIESON; CAPITAL ONE, N.A.; WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST; SELENE FINANCE, LP; STEWART TITLE INSURANCE COMPANY; MERIDIAN ASSET SERVICES INC.; WEB TITLE AGENCY LLC; DAVIDSON FINK LLP; SHERWOOD & TRUITT LLP; KNUCKLES KOMOSINSKI & MANFRO LLP; WOODS OVIATT GILMAN LLP; HOGAN LOVELLS US LLP; HON. SEAN H. LANE,<br><br>       Defendants. | 24 CIVIL 8745 (LLS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 12, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 15, 2025
    New York, New York

                   /s/ Louis L. Stanton
                   LOUIS L. STANTON
                  United States District Judge